Luis Omar Alvarez
P. O. Box 13754
Savannah GA  31416
202) 569 - 9242
LuisOmar65@hotmail.com

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2023 MAR 31  P 1: 42

CLERK____
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH

Luis Omar Alvarez

        Petitioner/Plaintiff

VS.

**CASE No.**

**C V 4 2 3   0 7 3**

Bechtel Corporation ("Bechtel");
Richmond County Construction ("RCC")
Southern Nuclear Operating Company ("SNC");
Williams Plant Services ("Williams")...et all.

        Respondents/Defendants,

---

# COMPLAINT FOR CIVIL RIGHTS VIOLATIONS - UNLAWFUL EMPLOYMENT PRACTICES AND CONSTRUCTIVE DISCHARGE – HARASSMENT AND RETALIATION

## JURY TRIAL DEMANDED

---

## 1. JURISDICTION AND VENUE

This is an action for relief from employment discrimination in violation of The United States Civil Rights Act of 1964 – Title VII as amended.

Plaintiff alleges that Defendants and all of them, unlawfully discriminated and retaliated against the Plaintiff based on Plaintiff's Race. Color and National Origin.

Mr. Alvarez further alleges that Defendants' Policies. Practices and decisions -all arising from Defendants established and enforced retaliation and distinguishable behavior-had a disparate impact upon Plaintiff based on Plaintiff's Race. Color and National Origin.

Plaintiff in this action is representing self and hereby request from this Court leniency if face with a Motion to Dismiss. The United States Supreme Court has determined that In Propria Pleadings are to be liberally construed.                                                                                                      .

At time of injuries -FIRST Injuries- at/from work Plaintiff was in fact living in Screven County. Construction site located in Burke County. At Plant Vogtle Waynesboro Georgia. Plaintiff moved back to Chatham County after been forced to stop working for/by Defendant(s). Thus, Jurisdiction is properly placed at the hands of the United States District Court for the Southern District of Georgia – Savannah Jurisdiction additionally is bestowing upon this Court pursuant to 28 U. S. C. Sec. 1331.

Further injuries by Defendants to the Plaintiff -SECOND Injuries- came as early as March 1st, 2022, while Plaintiff was in fact living in the City of Savannah, Georgia.

Venue is proper in, and Defendants are subject to the personal jurisdiction of this Court because Defendants maintain facilities and business operations in this same District, and all or most of the events giving rise to this action occurred in this District. 28 U. S. C. Sec. 1391 (b) and 2000e-5(f)(3).

## 2. PARTIES

### A. PLAINTIFF

Luis Omar Alvarez, age 56. A resident and citizen of the State of Georgia. Journeyman Iron Worker. And hire to work in the same capacity with/by Defendant(s).

### B. DEFENDANTS

**1.) Bechtel Corporation ("Bechtel")**
**2878 River Rd. Waynesboro GA 30830**

**2.) Richmond County Construction ("RCC")**
   <u>**2878 River Rd. Waynesboro Georgia 30830**</u>

**3.) Southern Nuclear Operating Company ("SNC")**
   <u>**2878 River Rd. Waynesboro GA 30830**</u>

**4.) Williams Plant Services ("Williams")**
   <u>**2878 River Rd. Waynesboro GA 30830**</u>

On or Around August 2017 Defendant ("SNC") and its Owner Georgia Power, selected and hired ("Bechtel") to build the nuclear energy facilities, Units 3&4, at Plant Vogtle. Through this contract ("Bechtel") is responsible for completing construction and/or take over the day-to-day construction of Vogtle Units 3 and 4 *under the management and direction of Southern Nuclear.* ("SNC")

On October 27th, 2017, @09:22 AM Eastern Daylight Time-Global Power Equipment Group announced that its wholly owned subsidiary, Williams Industrial Services Group, LLC through its subsidiary Williams Plant Services, LLC ("Williams") has formed a Joint Venture with ("Bechtel") to establish Richmond County Constructors LLC ("RCC"). ("RCC") to operate as a construction subcontractor to ("Bechtel") who has been selected as the prime construction contractor for Plant Vogtle. *("Williams") is a 25% member in the Joint Venture.*

Under this business structure, Defendants share accounting, human-resources, training, payroll, and management services together with hiring and firing decisions related to personnel such as:
a.) Apprentices, Craftsmen, Foremen/women and/or General Foremen/women = ("RCC")
b.) Superintendents and Engineers = ("Bechtel")
c.) Payroll ("Williams")
d.) Coordinators, Directors and/or General Managers = ("SNC"). In fact, making a mixture of Composite crews, confusing at times. Defendants share control of Personnel, funds, and Labor Relations for the development of one main goal in mind; **Build the nuclear energy facilities, units 3&4 @Plant Vogtle.** With interrelation of operations. Centralized control of labor relations. Common management and ownership, with many overlapping operations, Defendants could be consider a "single employer". Making each Defendant in fact a: "Joint Employer".

### 3. Exhaustion of Administrative Remedies

Plaintiff timely filed Grievances and objections against Defendants with Plaintiff's Local Union. Union never did come up with a resolution in favor of Plaintiff neither such Union ever represented Mr. Alvarez favorably against Defendants. Further, Defendants never had a determination, judgment, or opinion against such egregious, erroneous and/or flagrant behavior by Management, officers, and employees for/from ALL DEFENDANTS.

Plaintiff timely filed charges of discrimination with the United States Equal Employment Opportunity.

This as early as September 24th, 2019 -First Charges- at which Plaintiff only identify ("RCC") as an Employer. Unbeknown to Plaintiff, at the time, Plaintiff had no knowledge of Defendants, all of them, been into a/or having come into a binding agreement to operate as ONE. During the Construction of Unite #3 and #4 at Vogtle Electric Nuclear Plant.

EEOC submitted to Plaintiff a "Right to File Suit" against Defendant(s), this on March 3rd 2021. Plaintiff filing his FIRST Lawsuit against Defendant(s) on March 31st, 2021. Such Lawsuit, the Honorable District Court, Dismiss Defendants ("Bechtel"), ("SNC") and ("Williams") due to Plaintiff inadvertent omission and/or error. Plaintiff has a duty to avoid unnecessary expenses. Theretofore, Plaintiff has surrender, yield, and/or give-up prosecuting, or keep engaging in such Claim/Case No. 1:22-CV-00032-JRH-BKE solely against Defendant ("RCC"). After having learned of Defendants further violations against Plaintiff.

Unbeknownst to Plaintiff, Defendants ALL OF THEM, kept violating Plaintiff Civil Rights, as early as March 1st, 2022. Thereto Plaintiff filing charges with EEOC for a SECOND time, only this time against ALL FOUR Defendants, this on August 08th 2022.

EEOC submitted to Plaintiff a "Right to Suite" letter as early as January 30th 2023, such, as follows;

EEOC Charge No. 415 – 2022 - 01407
Luis O. Alvarez v. Bechtel Corporation.

EEOC Charge No. 415 – 2022 – 01408
Luis O. Alvarez v. Southern Nuclear Company.

EEOC Charge No. 415 – 2022 – 01409
Luis O. Alvarez v. Williams Plant Services

EEOC Charge No. 415 - 2022 – 01271
Luis O. Alvarez v. Richmond County Construction

Letters hereby attached.

All such civil Rights violations now came while Plaintiff had about two (2) years now living in the City of Savannah Georgia.

4. **VIOLATING AGENTS FOR DEFENDANT(S) ACTORS/ACTRESSES** presumably working for ("RCC") but none of them sporting an ("RCC") email address account.

NAME                                        E-MAIL(S)

a. Mrs. Nichelle Hale                    x2nbhale@southern.com and nbhale@bechtel.com

b. Mr. Eric Norona                       X2enoron@southern.com and egnoroa@bechtel.com

c. Mrs. Aimee Miles                      X2AMILES@SOUTHERN.COM

d. Mr. Richard R. Akridge -Labor Relations

e. Mr. William C. Leopard-Labor Relations X2WCLEOP@SOUTHERN.COM and

                                         wcleopard@wisgrp.com

f. Mrs. Gina Shaver   Payroll Manager    gshaver@wisgrp.com

## 5. STATEMENT OF THE CASE

RESPECTFULLY, Petitioner Luis Omar Alvarez Acuna, hereinafter; Me, Myself and/or I. In addition to, Plaintiff, Petitioner, Aggrieved, Luis, Omar, Alvarez and/or Acuna. Comes before this Honorable United States District Court AND DO STATES:

### SYNOPSIS:

The following is a continuous, uninterrupted, and without cessation pattern of discrimination, bias, racism and deceitful, and unlawful behavior. All against Plaintiff through and at/by the hands of several ("RCC") employees, managers, directors and craftsmen and including but not limited to ("Bechtel"), ("SNC") and ("Williams")

I

When hired in or around July 2018, I showed during my Orientation and Safety Training Classes my Crane Signal and Rigging Certifications from the Union. They were dated 08/25/2017.

I was told I needed a letter from the Union, Union Steward, Mr. Paul said. "Union is not doing those letters anymore". After showing my Steward some Certs I possessed from prior years; "That's not good enough" He responded.

## II

Sent to work at NOI-25. Some days later I heard I was requested by name from another crew inside the plant (NOI-25 sat outside Units 3 & 4 fencing, in fact closer to Unit 1 & 2) I was told my GF Mr. Wesley Coleman stopped that transfer, since "I was an experienced Journeyman Iron Worker".

Sometime later and after hearing constantly the many incidents occurring at site; "This happen when you bring people without construction experience, and some of them not even common sense to discern situations, but yet, able to get certifications and allowed to work without proper supervision" I commented. Mr. Wesley's behavior – a man whom himself came to Vogtle from a restaurant kitchen, not to take anything from the man but he had no construction experience - completely changed with me after he heard what I have said. As well as my immediate Forewoman, Mrs. Didi. Both doing 4 years Apprenticeships at Vogtle and with at least 2 maybe 3 years as journeyman/woman.

One occasion comes to mind is when Mrs. Didi. Mr. Reese and Mr. Waters opened my paycheck envelope without my authorization.

## III

On or around Saturday October 13th, 2018, assigned to work with Mr. Robert and Mr. Thomas. Mr. Wesley approached us as we were getting ready to work on the 104 Warehouse. Mr. Wesley is now trying to force us to pick up a container full of (high explosives) as was learned the first time. Came to find out it was (flammables) something NO ONE was certified to handle in addition to not having a job description, work order or any paper relating to such content. First Mr. Coleman is going to pick one end with a forklift and 2nd he is going to bring a "Big-Red" in the middle to pick it up. I objected. At one point, Mr. Wesley violated safety procedures by opening the doors in the container with a big red warning: "DO NOT OPEN UNTIL ELECTRICITY IS TURNED OFF". It read.

I brought such issues in the safety meeting, Mr. Wesley went on a temper tantrum, calling me a liar. Mr. Thomas went on an insulting, harassing and violent behavior. In fact, calling me several racist things and words "I am going to kick your #$&" among other things. ALL THIS IN FRONT of Mr. Wade Wallace, NOI-25 Superintendent, and an employee from ("Bechtel"). A trusted employee with and by ALL DEFENDANTS combined. Who did nothing to stop nor to deter such behaviors.

## IV

I believe and hereby assert that Mr. Wesley has ever since that day and date and continued to the end his unlawful intentional behavior to interfere with my job opportunities and benefits. As such, there was

another coworker member that himself too, insulted, harassed, and intimidated Mr. Alvarez for no cause or reason. To the point of getting threatened with my life by Mr. Thomas, whom at a high speed and coming out of nowhere while driving home, position himself and his motorcycle in front of my car and would not allow me to pass him… safely. instead started throwing rocks in the road as he drove his motorcycle in front of me. I recorded such, brought to Site Labor Relations (hereinafter LR) the following day, called my Union Steward, Mr. Paul. Once in front of Mr. Leopard, LR man. Petitioner was again violated, screamed at, and reprimanded and told he was the one harassing the other persons. At one point having another coworker (scape the mind and name) having friction with Petitioner for the way he drove in the parking lot. Theretofore Petitioner was given 3 days off as punishment. I was yelled at in front of my Union Steward who did nothing to defend my rights, let alone my cause of concern. "I have talked to all the people I need to talk to" Mr. Leopard (LR) said. In the meantime, about twenty (20) coworkers are asking me to put their names on the witness list to be called in by LR. They never got called upon. We were all present at the safety meeting on the days of the incidents-violations against me. Some kept insisting they wanted to be interviewed by LR. There was nothing I could do, nothing. I, been the only Spanish speaking Hispanic at that moment in the crew.

"Tell that f%$#@ Mexican to learn how to drive" was what was told to other coworkers, additionally Petitioner was screamed at, yelled at, and humiliated by this coworker, on another occasion, only this time in front of Mr. Dave Mason, himself a High-Ranking Supervisor, wearing a ("Bechtel") white hard hat, who did nothing or say nothing to the insulting and harassing, racist and belligerent coworker.

Truth is, I could not even think about bringing anymore issues to LR as I had already been given 3 days off by them.

V

On or around Nov 6th, 2018, an attempt was made to cause injury to the Petitioner. This under the direction and watch full eye of my Forewoman Mrs. Didi.

As we have always done before, a cargo strap 30'+ long was used to secure 16' long X 12' high containment walls to the trailer (some higher and bigger than that). A strap is used every 4 to 6 feet apart. With a minimum of at least 4 used to hold the walls from falling. Mr. Reese was on top and inside a man-basket and taking all the straps with buckle rolled in one piece so he could just drop them from up above. As he dropped the first one, I attempted to take it and hooked it on the trailer. The next thing I know Mr. Reese is dropping another one directly in my head halfway rolled with the buckle inside it. It hurt, as I looked up

Mr. Reese was maneuvering out of sight. I look toward where I knew Mrs. Didi was standing while talking to Mr. Waters... They both look away.

Mr. Reese had no business throwing another on the same spot. If anything would be 2 to 4 feet away from the last one. My GF; Mr. Wesley and my Forewoman; Mrs. Didi decided to file documentation against Mr. Alvarez the following day.

Afraid, very afraid, Petitioner continued to work under an extremely sick and detrimental work environment.

## VI

Mr. Reese continued his awkward behavior, now sabotaging the Petitioner in every way, while at work. Calling me all kind of racists names, insulting and harassing Petitioner. At one point, throwing some form of liquids in my chair. I believe and hereby assert that all these things have been perfected under the direction and coordination of Mr. Coleman and Mrs. Didi. Mr. Wallace (Petitioner Superintendent) decided right then and there to take Petitioner off that crew and personally and immediately took Petitioner to Waynesboro Warehouse.

## VII

At Waynesboro Warehouse, Petitioner felt at ease for a moment. Getting to know everybody until I met "Mike" Mr. James Barnes and "Pony" Mr. Colby Bell, this as both make sure I knew of their racist behavior, ideas, and character.

Petitioner filed written documents to LR as far as "Mike" saying things like; "my family used to own slaves, I don't give a s%$t" and/or talking some very ugly characterization of another coworker for being lesbian and living with a black woman.

There was also a supervisor who falsely accused (me) "all of us" of stealing company property when there was not any evidence or company property.

Reports against "Mike's" racism was continuing and at the same time several. Defendants just kept transferring this racists individual from department to department. Location to location and section to section. Knowing he was an individual with a history of racists incidents and behaviors in the entire plant.

## VIII

Lees and Tom's situation aggravated my situation even more. As they got caught sleeping and getting fired. "Smokey" Mr. Joshua Johns, a young man who had just become a Journeyman Boiler Maker (BM)

with no experience whatsoever got assigned Riggers GF and therefore, someone had to be Foreman. Everybody including the Superintendent Mr. Gene Maxwell, wanted me to become Foreman. No one wanted "Mike" to be a Foreman. I, not being a CPR (Certified Person Rigger)-truth is Iron Workers are the only ones in construction who meet rigging or cranes on an everyday basis-there was a belief I could not become one. Immediately I contacted my Union's BA and/or Manager, who responded with a letter asking to be taken to the Training Coordinator so I could be allowed to take those classes for Certifications. Little did I know what was in store for me. Beginning with my Steward showing a dislike for people who bought the "Union Book", as he put it. I did not buy my Book for entry at Vogtle, as just everybody I know has done. I mention that to everybody, even when I spoke at the Safety Meeting where Mr. Wesley got beef with me. I came to Vogtle with all my Certifications at hand.

IX

Attending Certifications Classes-since or around April 2019-. I notice Mr. Jessy (do not know his last name) a "Trainer" at Vogtle, seems to have a very special interest to have "contact" with me OR having to have the last word to have me Certify. Unbeknown to me there was an agenda by several people for me not to become CPR Certify. I could not understand why and how Mr. Jessy would give "others" several chances and be extremely patience with them while taking their examinations. Including some who blatantly violated procedures. Not with me, He would "fail me" on the first or second try of me just trying to find "my center of gravity".

It all came to a head on Saturday May the 4th 2019 as I arrived on time, showing Mr. Jessy the email I had been subjected to receive for my testing. And having me wait for him to finish testing four (4) other coworkers at that moment (all Caucasians). Next, I know is the crane is "folding" to go home and as I approached Mr. Jessy who is now playing, he didn't know I was there to do my testing; "Dude, I showed you the email I got for this, what are you talking about? Was my answer. More than a few words were exchanged at one point he is asking me to give him a ride to his office; "You want to exchange your certs for a ride?" was his final question to me as we started walking toward the van.

On the way to his office, I was trying to make sure he understood I needed to take my test. I even showed him a few Certs I have as I believed at that moment; he was thinking I had no construction experience whatsoever. "Hooked me up dude" I said. He got on his phone and called the crane operator, setting off to meet after 12:00 noon.

As we arrived at the testing pad, I saw the crane operator drive in and I went to take a "leak" as I came out of the porta-john I see the crane operator driving off the testing pad. "What's going on dude?" I asked.

"He had an emergency at home, and he has to go, we will reschedule you for Tuesday first thing in the morning" Mr. "Jessy" stated. Giving me a phony PTT -push to talk- number which I saved in my cell phone. As soon as I got back to W-Boro Warehouse I gave my Superintendent -A ("Bechtel") logo wearing white hard hat- all the pertinent information and to please reschedule me as soon as he could for my testing on Tuesday.

X

On Tuesday May 7th, 2019, as I arrived to work at 6:00AM asking Mr. Maxwell if he had gotten me reschedule. "I haven't been able to contact anybody" He replied to me. Went to the safety meeting, after meeting asking permission to go on site to see about my testing. Just when I was ready to leave; "Luis, Eric Norona -A trusted employee and a superintendent for ("Bechtel") and ("Southern")- don't want you on site right now until he finds out why you were not there for your test on Saturday" he said. "Gene, I was there, I don't know what Jessy is doing but I am about done with this guy. I will badge out and go on my own time and dime to see Mr. Norona" I replied. As I arrived at site and in front of Mr. Norona, he is in fact now "throwing" other things at me.

a)  Mr. Jessy said you did not properly introduce yourself to him,

b)  Mr. Jessy did not know what you were doing there,

c)  That I watched others while doing their test and that that disqualify me... It sure did not disqualify the other Four (4) fellows. Nonetheless, I have heard throughout the plant of other Caucasians who are allow to "watch" testing without any problems.

All nonsense. To the point of Mr. Norona raising his voice at Petitioner. *"We have been through this before, you think everybody is out to get you"* he responded in a very distasteful and disgraceful manner. An unprofessional man making Plaintiff feel as little as... Nothing comes to mind.

XI

On or around May 10th 2019 Petitioner learned of a document filed by Mr. Jessy. A document of which he is now accusing Plaintiff of "Bribery". Or some similar illegal act Mr. Alvarez did not do.

There after Petitioner filed a written document/Opposition to document filed by Mr. Jessy, with LR. Similarly, I sent such a document to Mr. William McMillan, himself Local Union 709 Business Manager. Who promised I was going to be represented by Mr. Paul, Union Steward.

LR came and interviewed me (Union Steward was not present) and others. First regarding Mr. Barnes, again, making his color, race and skin preferences felt by everyone. Second for a situation passed on to

me in the way of a coworker finding "Mike" hiding in between boxes having a conversation to the effect of "Luis will not get certify". Additionally, was caught interjecting in a conversation by two labors and him making sure of his color of preference. This man had been already caught in one too many occasions causing dissent due to his racist's views among coworkers, not only that, but himself had gotten "Pony" to complaint against the labors (all black) while they played a little gospel music right before the safety meeting every morning. "Mike" made disparaging and negative statement to me about immigrants, it will be easier for me to think that "Mike" and "Pony" are in the same boat.

Labor Relations called everybody in. We all felt it was time for "Mike" to be taken to another department. Or away from us. It was shocking to see "Mike" (in fact horrific) or to feel him breathing in your neck at the end of the day, at the clocking out time. That was a horrible experience. But even worst is to know that that is exactly what Labor Relations and ALL DEFENDANTS have done all along during the construction of these reactors.

XII

Mr. Paul, my Union Steward, came to see me a day or so later. He specifically told me that the next time I take my test Mr. Jessy was not going to have anything to do with it. That he would make sure he was not even around. I specifically told him all I need is a fair shot. That all I was hoping for was Mr. Jessy to stop filing fraudulent documents and to stop his bias behavior toward my persona.

I was also hoping for no one to know what day I was to be scheduled. It was surprising for me to find out how many people "IT" took to schedule me for my test. Suddenly everybody needs an "ok" from a superior to even schedule Mr. Alvarez for an appointment. Took about five (5) people to get me just on schedule. Something that usually takes just a phone call, it now seems ridiculously hard for Plaintiff to obtain. On emails from each and every Actor/Actress, it can be easily discerned or tell how Mr. Alvarez's "Scheduling for training and testing" is now turning into a painful surgery trying to obtain an "OK" -to simply schedule Luis Omar Alvarez- from a Superior, Training Coordinator and/or Labor Relation's Expert.

"I was asked to hold on this…" says one email from Mrs. Nichelle Hale -She herself an Area Training Coordinator- to Mr. Eric Norona.

Scheduled for June 13th, 2019 @6:30AM. I was there on time (in fact at 6:20AM) Mr. Paul was there already. The other Trainer got to the test site a little after 7:00AM. Approaching him with Mr. Paul, we found out "we" needed to wait for somebody to come and moved a crane left (in the middle of the test site) there the prior day. "This never happened before" Mr. Trainer said. Once the crane was removed, I noticed we kept waiting. And waiting. Sometime after 8:30AM, closer to 9:00AM he received a phone call

and now we get going. Mr. Paul left us. Mr. Trainer asks a few pertinent questions involving crane and rigging, we walked outside the connex and to my surprise I see Mr. Jessy at about 20 to 30 feet away. Just standing there. I maneuver the first procedure with lots of spare time. Ball on drum. Second procedure I started good. Getting all my rigging right; chain fall, chockers, pads and shackles. Next thing I know is Jessy calling Mr. (Trainer) Testing Facilitator...and then I lost it. I took my rigging off and went and got a couple of chockers. Setting them in and I see Mr. Trainer comes to me saying; "That's it for you buddy. You fail". I went to W-Boro Warehouse in complete disbelief. I started to tell a coworker what had happened, and it was surprising to learn that they had done me wrong again as my coworker started telling me that when she got sent to "help" Testors and Trainers as she was an apprentice herself. They would coach, aid, and help test takers to make sure they pass. They usually go out of their way to help and make sure every participant passes and literally do the rigging themselves without touching the chockers, cables or shackles. I got shot down again in my first error. Mr. "Jessy" literally goes out of his way to shot me down. Then everything started to make sense. Somebody left that crane on purpose, sitting in the middle of the testing pad to delay my test and give Mr. "Jessy" enough time to arrive. The very Trainer himself made a comment "that never happened before" I was schedule for 6:30AM and then waiting and waiting until Mr. Jessy showed up. At 9:00AM or a little after. Further, they have never kept tabs on each other while testing. Everything done with the purpose to NOT LET ME PASS and/or SHOT ME DOWN. Additionally, just to see the many CPRs already certify on site. It is ridiculous that this guy who was a deputy sheriff and worked as a jailer for 10 to 12 years comes to Vogtle as a Millwright with absolutely no construction experience and within two (2) years now he is a Certify Rigger. Not only had that but also now happened to be my foreman. Or somebody who has never worked in construction before in his entire life is now able to obtain a CPR Certifications good at Vogtle.

## XIII

Mr. Gene came and saw me. It came the rumor that "Pony" was going to get schedule for his CPR classes. Somehow, they found "his paperwork correct". I told Mr. Gene; *"They are going to make sure he gets certified. It is going to hurt me like a s$#@%^%ch but I will get over it. It will only substantiate these people racism, bias, and discriminate behavior. Look, he does not have any construction experience, as far as I know he has never even been closer than 1000 feet away from a crane, but they will make sure he passes. It is going to hurt me Gene it is going to hurt me".* "Pony" had been working at Vogtle for Four (4) or Five (5) years and hadn't gotten Certify. Now he did. He is also Caucasian.

"Pony" spent all day on site the day he went for his testing. I personally do not know the particulars of his doings on site, but I was personally told by Mr. Norona that they were so back logged on "test takers" that it was in the hundreds and it was going to take months for me to get another shot at it.  It took "Pony" less than 4 hours to get schedule, "Pony" passing and being a CPR now accentuate another issue(s). 'Detailing". I have already complaint to Mr. Gene about not been allowed to detail. This is a deal at which one perform the duties of a foreman and earns an extra $4.00 an hour. ADDITIONALLY, Mr. Gene started to work some overtime. Coming every day at 5:00AM gives (us) a chance to work some overtime. NOT ME. I have only been asked ONCE to come in early the next day, detailing is out of the question for me. I was asked ONCE to detail for "Smokey" one Saturday. He came in and worked for 2 hours. Apparently, I was going to earn the rest of time which is 6 hours at foreman's pay. Everybody else is asked to come in and make a little extra… NOT ME. All you must do is look at the paper trail. We will see.

## XIV

It is a hell of a thing to see, feel, or be touched by discrimination, bias, racism and not been able to do a thing about it. Not a single thing.

NOT WANTING me to become a foreman, they found a way to send Mr. Darrel who is a CPR. NO Construction experience whatsoever prior to coming to Vogtle. I have been told that what the company wants is bodies, not experience. They could have tried to wait and see if I could become a CPR but with all things considered it was up to Mr. Jessy, Mr. Wesley, Mr. Norona, Mr. Paul, Labor Relations, ("RCC") ("Bechtel") ("SNC") ("Williams") and I have no idea who else to allow me to become one. It is difficult trying to work for a foreman you know has no experience and in addition to that, knowing that he came in as a Millwright only because coming as any other trade you will have to show some experience or start as an Apprentice. At the very bottom. Further, when you see the man flagging you find out he knows nothing about the job. Even worst, having a GF who just graduated from his apprenticeship, no experience rigging (the man didn't know how to rig pipes) and now is in a position over you just because he is of a different skin color than yours. My experience working is proven. Talked to Crane operators I worked with at NOI-25, Rodney and/or Terry, forklift operators at W-Boro Warehouse.

I was raised in a construction environment in which you *EARN* your ranks and pay. I wish it were the same here.

XV

Around August, 6th2019 I came to work at the same time. I noticed Mr. Rick, a crane operator was not sitting in the same seat he always do. I also noticed he was wearing a red baseball hat/cap. As he turns around when I said Good morning, he is sporting a big smile and then I notice he was wearing a MAGA hat. This man happened to be one telling me in prior occasions "all immigrants do is to bring diseases and crime to the US" in addition to "this country if so f@#$d up because of all these immigrant loving democrats here". I know he knows I was born in Honduras. I am an immigrant. He knows it.

 I waited for Mr. Gene to begin the safety meeting and I politely asked Mr. Gene to have Mr. Rick removed his hat as it was in fact provoking to me, in addition to have just had a shooting of Mexicans immigrants over at El Paso (1 or 2 days prior). "I don't give a %$# how you feel about it, I will wear whatever the f&^$ I want" Mr. Rick responded. Mr. Gene said to address such after the meeting. Mrs. Linda, a Labor Forewoman, seconded my motion at that time. Mrs. Linda herself once came in wearing a "Blacks Lives Matter" She was order by Labor Relations (LR) to remove that T-shirt, immediately.

Mr. Gene said he could not force him to take it off. I told him is under Harassment Policy. Zero tolerated, as far as the books said.

Asked permission to go to LR to file a grievance. Permission granted. I was profoundly affected.

At LR, I was asked to go talk to Mr. Akridge. He started off by asking me if I was not proud of my heritage. Going as far as asking me if I was offended by someone flying the US Flag in my face. "It's the same thing someone flying a flag and someone wearing a MAGA hat" he continues. At that point I stood up, "Have a good day sir". I said leaving. Came back 5 minutes later asking him for a business card. Grabbing one, he continues to crossed-off his cell phone number and tended me the card.

How little I felt is an understatement. The ladies driving the van saw my demeanor and asked me to go to ECP-Employee Concern Program run by ("SNC") – ECP took some notes and begun an investigation. As of Friday August 30th, their investigation is over. They could not find anything wrong they said.


XVI

2014-15, I worked at Vogtle. Again, trying to get certifications. Another GF was in my way to get certify. He could not let me have certifications to get me a better pay, promotions or else. No experience... He claims. But allowed family members-with no experience whatsoever in construction-to somehow get practice time on site, and when ready they will go get certify. I filed a complaint with LR. His Superintendent, finding out I went to LR was looking for people to file charges on me on sexual harassment. Top it off, one day in front of my Foreman I was able to foresee, deterred and stop a safety

violation being executed by a group of workers from another group and company. It seems my Foreman recommended me for a safety award. Next morning, at the Safety Meeting, my Superintendent -nickname Tiny- started to mention situations like my incident of such safety violations the day prior. It was baffling to me to hear him calling another coworker to receive an award.

There were 2 Superintendents per Department. Each had 2 GFs. Each GF had 2 Foremen. Each Foreman had 2 lead-men. ***ALL RELATED***. One way or another. They are all still working at Vogtle.

LR DID NOTHING. As far as I am concerned... They are still working at Vogtle today. Causing harm to other people. Guarantee.

XVII

Discrimination, bias and differently distinctive considerations to which ALL DEFENDANTS and to be honest almost anybody-that knows I am an immigrant US Citizen myself-that works at the plant can truly humiliate, embarrassed and or cause any harm they could think of to me, and they will surely get away with... January 2020 was not an exception. But in fact, it was a ratification, admittance and inclusion of normality for DEFENDANTS. Business as usual when it came to my persona, wellbeing and welfare.  At a situation at the Warehouse, we had at one point seven (7) to eight (8) workers. From that there was me a Hispanic. A black Lady and the rest were Caucasians. Two (2) people me and Mike my coworker was to turn some heavy boxes to have one of the other five (5) employees to take a picture of the taped seal. With his cell phone. "What makes you five (5) guys so special that you cannot even touch these boxes" I inquired.

"We are Engineers" One of them responded. "Your badge says you are a Technician Mr." I responded back. There is a sense of grandiosity at this plant where a person believes to be better than the next one. It got no shame how they underestimate, humiliate and try to embarrass the person in front of them. Plaintiff being Hispanic received a good hefty share of all of that.

Next thing is Plaintiff getting called by Labor Relations. Where Plaintiff was forced to write a letter of Apology and given three (3) days off for **"behavior/language of a grossly disrespectful nature"**

### XVIII

Violations against the Plaintiff was rampant. Unlawful. And nonstop.

Mrs. Gina Shaver, Payroll Manager -A ("Williams") employee, received on or around November 21st, 2019 a letter from the IRS to the fact of: "employee named above, may not be entitled to claim exempt status…"

In such, IRS directed Payroll to also: "if the employee is working with you as of the date of this letter, *__you must provide__* the employee the enclosed employee's copy within 10 business days of receipt…" Not until Plaintiff started to have some difficulties with his paycheck and this on 02/09/2020 Payroll is now willing to "share" IRS letter with him. In fact, Eighty-one (81) days - more than eleven weeks- after the occurrence. Depriving me of the right to contest, challenge, and/or dispute IRS's position. I was forced to stop working at this time and wait for any correspondence from IRS directly to me, or an answer to my missive.

### XIX

On or around February 3rd, 2022, I came to find out that there was in fact a Not For Rehire (NFR) *Note in my Union book. This coming from Richmond County Constructors, LLC. (RCC) and Mr. William C. Leopard's hostile opposition to exercise oneness rights.

Requested more information from the Union and received such on March 1st, 2022.

 A one-page letter/note and/or email stating the following was sent to me;

*Termination = Two day No call/No show*

*"Absent two consecutive days -no call – no show" … Letter states as separation(s) reasons.*

*__"Several attempts were made to contact employee by telephone on 2/13/2020 But no contact was made"__* handwritten note by Mr. Leopard himself states. Additionally, there seems to be a telephone number purported to be Mr. Alvarez' own. (205) 569 – 9242.

At the time Mr. Alvarez started to have any communication with Mr. Leopard it would have been as early as the second week of February. On 02/09/2020 there is an email sent to Mr. Leopard. This, concerning issues with Payroll -Mr. Leopard forwarded my email to Mrs. Gina Shaver, Payroll Manager. This on 02/10/2020-This after finding out that RCC had in fact done an illegal act against my welfare, benefits and/or interest and wellbeing.  On 02/10/2020 first time I expressed to the company that not

until I resolve these issues with IRS I was to abstain from going to work. In fact, *"I am not going back to work until I hear from them"* I stated.

*"Refer all your questions related to this matter to the Payroll Manager"* Mr. Leopard seems to indicate.

I sent an email to him stating; *"This about time off. I think is you...no?"* my email was sent on 02/11/2020.

On letter dated 02/11/2020 signed by me; *"therefore I will abstain from going to work at this time and wait for any correspondence from IRS directly to me"* I stated.

Somewhere, somehow, and somewhat mysterious Mrs. Tori Moody seems to be dragged into this equation. X2TMOODY@SOUTHERN.COM

Signing this Termination/Separation Notice against Plaintiff, Mr. Leopard is wrong in several fronts. For one, lying purposefully against the interest of the employee.

Second, Mr. Leopard deprived Mr. Alvarez of his hard-earned bonus. Fluctuating around a couple of thousands of dollars at that very moment. This letter signed by him, denied Mr. Alvarez of his money.

Further, to make himself look good on paper, Mr. Leopard seems to indicate that he himself physically called Petitioner's number. A little look would have told him that he had the wrong number. (205) area code has never been my number. As indicated above, my Phone # is: (202) 569 - 9242

Fresh in my memory is the day Mr. Leopard, screamed, loudly and belligerently accused me of being the "guilty party" harassing another employee when I was in fact persecuted, harassed, and purposefully chased by a biker throwing rocks in front of my car while driving a little over 55 miles an hour. Somebody attempted to kill me and Mr. Leopard gave me 3 days off.

Talk about different treatment.

## *FIRST CLAIM FOR RELIEF*

## RACE BASED DISCRIMINATION (DISPARATE IMPACT) IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 as amended [42 U. S. C. Sec. 2000e-2] Section 703

Plaintiff incorporates by reference as if fully set forth herein the allegations contained in all paragraphs in this action.

Title VII, 42 U. S. C. &2000e-2(a) Section 703 prohibits employment practices that discriminate against any employee or persons based on their race. Plaintiff is informed and believe and thereon alleges that Defendants' job certifications policies for non-Hispanic only or non-

Hispanic union members who bought the union book had an adverse and disproportionate impact on him because of Plaintiff's race, HISPANIC.

Defendants' discrimination against Plaintiff was neither manifestly job-related nor consistent with business necessity.

Less discriminatory alternatives existed to achieve Defendants' stated business purposes.

As a direct, legal and proximate result of the discrimination, Plaintiff has sustained and will continue to sustain economic and emotional injuries resulting in damages in an amount to be proven at trial.

Defendants' unlawful actions were intentional, willful, malicious, and/or done with reckless disregard to Plaintiff's rights to be free from discrimination based on his race.

Plaintiff is entitled to reasonable Cost, Costs and Fees of this suit. Additionally, Plaintiff is legally entitled to Damages in cases of Intentional Discrimination Pursuant to Title I – Federal Civil Rights Act of 1991 - Remedies in Cases of Intentional Discrimination [42 U. S. C. 1981a - (b)] per every 500 employees. Defendants had at peak time more the Seven Thousand (7,000) employees for a grand total of: Four Million, Two Hundred Thousand US Dollars.

### *SECOND CLAIM FOR RELIEF*

## NATIONAL ORIGIN-BASED DISCRIMINATION (HOSTILE WORK ENVIRONMENT) IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, as amended.
[ 42 U. S. C. Sec. 2000e-2] Section 703

Plaintiff incorporates by reference as if fully set herein the allegations contained in all paragraph in this action.

Plaintiff was subject to harassment by Defendants and all of them. Due to Plaintiff's national origin, Honduras.

Plaintiff was subject to written and verbal conduct as well as a no-certification-policy by Defendants, Defendants' agents, management, and Labor Relations.

Defendants' agents' and employees' conduct was not and will never be welcomed by Plaintiff. Defendant's conduct was undertaken due because of Plaintiffs national origin. Honduras.

The conduct was so severe and/or pervasive that any reasonable person in Plaintiff's position would find their work environment to be hostile or abusive in nature.

Plaintiffs believe the work environment to be hostile or abusive because of Defendants' agents and employees'-all of them-conduct.

Management. Administrators and Supervisor(s) level employees knew or should have known of the abusive conduct. Plaintiff provided Labor Relations Specialist including Company's CEO, with information sufficient to raise a probability of race and/or national origin harassment in the mind of a reasonable employer. Moreover, the harassment was so pervasive and open that a reasonable employer would have had to be aware of it. Indeed, Managers, Supervisors, CEOs, and Labor Relation Specialist were in fact themselves complicit in the abusive conduct.

Defendants did not exercise reasonable care to prevent harassment, discrimination, and/or unlawful behavior on the base of national origin and did not exercise reasonable care to promptly correct any illegal behavior that did occur.

As a direct, legal, and proximate result of the discrimination Plaintiff has sustained and will continue to sustain economical and emotional injuries resulting in damages in an amount to be proven at trial.

Defendants' unlawful actions were intentional, willful, malicious, and/or done with reckless disregard to Plaintiff's rights to be free from discrimination based on his national origin.

Plaintiff is entitled to reasonable Cost, Costs and Fees of this suit.  Additionally, Plaintiff is legally entitled to Damages in cases of Intentional Discrimination Pursuant to Title I – Federal Civil Rights Act of 1991 - Remedies in Cases of Intentional Discrimination [42 U. S. C. 1981a - (b)]

per every 500 employees. Defendants had at peak time more the Seven Thousand (7,000) employees for a grand total of: Four Million, Two Hundred Thousand US Dollars.

## *THIRD CLAIM FOR RELIEF*

**COLOR-BASED DISCRIMINATION (RETALIATION) IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, as amended.**
**[42 U. S. C. & 2000e-3(a)] Section 704**

Plaintiff incorporates by reference as if fully set herein the allegations contained in all paragraphs in this action.

Title VII of the Civil Rights Act of 1964, as amended, makes it unlawful for an employer, "(1) to fail or refuse to hire or discharge any individual , or otherwise to discriminate against any individual with respects to his compensation, terms, conditions, or privileges of employment, because of such individuals' race, color, religion, sex, or national origin; or (2) to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individuals' race, color, sex, or national origin." 42 U. S. C. &2000e-2(a) Section 703 and 704

Defendants, and all of them, discriminated against Plaintiff by treating him differently from other  coworkers, including in job assignment and unequal wages and compensation, because of his Color ("Brown"). Race and National Origin.

Plaintiff's color was a determining factor and/or a motivating factor in Defendants actions.

As a direct, legal and proximate result of the discrimination, Plaintiff has sustained and will continue to sustain economic damages to be proven at trial.

As a result of Defendants' actions Plaintiff has suffered emotional distress, resulting in damages in an amount to be proven at trial, Plaintiff further seeks compensatory damages and all other injunctive, declaratory and monetary relief available for discrimination at trial.

Defendants' unlawful actions were intentional, deliberate, malicious, and/or done with reckless disregard to Plaintiff's right to be free from discrimination based on Color. Race or National Origin.

Plaintiff is entitled to reasonable Cost, Costs and Fees of this suit.  Additionally, Plaintiff is legally entitled to Damages in cases of Intentional Discrimination Pursuant to Title I – Federal Civil Rights Act of 1991 - Remedies in Cases of Intentional Discrimination [42 U. S. C. 1981a - (b)] per every 500 employees. Defendants had at peak time more the Seven Thousand (7,000) employees for a grand total of: Four Million, Two Hundred Thousand US Dollars.

## FOURTH CLAIM FOR RELIEF

**UNLAWFUL EMPLOYMENT PRACTICES – CONSTRUCTIVE DISCHARGE (HARASSMENT) IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, as amended.**

**[42 U. S. C. & 2000e-3(a)] Section 704 and 703**

Plaintiff incorporates by reference as if fully set herein the allegations contained in all paragraphs in this action.

Title VII of the Civil Rights Act of 1964, as amended, makes it unlawful for an employer, "(1) to fail or refuse to hire or discharge any individual , or otherwise to discriminate against any individual with respects to his compensation, terms, conditions, or privileges of employment, because of such individuals' race, color, religion, sex, or national origin; or (2) to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individuals' race, color, sex, or national origin." 42 U. S. C. &2000e-2(a) Section 703 and 704

Defendants, and all of them, discriminated against Plaintiff by treating him differently from other  coworkers, including in job assignment and unequal wages and compensation, because of his Color ("Brown"). Race and National Origin.

Plaintiff's color was a determining factor and/or a motivating factor in Defendants actions.

Defendants' harassment against the Plaintiff was so unlawful, illicit, wrongful, illegitimate, including but not limited to criminal. To disobey an Order from the IRS to submit to Plaintiff a copy of such document within the first 10 days, not Eighty-One (81) days as Defendants conspired, further violating the Plaintiff in fact depriving the Plaintiff of his right to "object, appeal and/or to legally confront such issues. FURTHER, not to keep misrepresenting the facts on Plaintiff's Local Unions' records -Not For Rehire- as to having "tried" to contact the Plaintiff all the while, the Plaintiff was the one directly contacting the Defendants, via emails.

As a direct, legal, and proximate result of the discrimination, Plaintiff has sustained and will continue to sustain economic damages to be proven at trial.

As a result of Defendants' actions Plaintiff has suffered emotional distress, resulting in damages in an amount to be proven at trial, Plaintiff further seeks compensatory damages and all other injunctive, declaratory, and monetary relief available for discrimination at trial.

Defendants' unlawful actions were intentional, deliberate, malicious, and/or done with reckless disregard to Plaintiff's right to be free from discrimination based on Color. Race or National Origin.

Plaintiff is entitled to reasonable Cost, Costs and Fees of this suit.  Additionally, Plaintiff is legally entitled to Damages in cases of Intentional Discrimination Pursuant to Title I – Federal Civil Rights Act of 1991 - Remedies in Cases of Intentional Discrimination [42 U. S. C. 1981a - (b)] per every 500 employees. Defendants had at peak time more the Seven Thousand (7,000) employees for a grand total of: Four Million, Two Hundred Thousand US Dollars.

## *CONCLUSION*

There is a pattern. A pattern of deceitful behavior. A pattern of bias, discrimination, and racism. A pattern that systematically devoid a member of equality but just by being from another race and color. A pattern that Defendants and Union Stewards use as a barometer and distinguish members who have gone through a Union Apprenticeship and those who "bought their books" but applied to those of different color or

skin. Whereas those of white skin color will get certifications regardless of buying their books or not. I was personally told by Mr. Paul that "Pony" had bought his Union Book to get in at Vogtle.

A pattern of family protection applied to those who are kin. As is the case with Mr. Rick, the Crane operator, who happened to be family member of the Iron Workers Union Steward. Theretofore to be declared untouchable.

A pattern that violates every precept of the Project Work Rules Handbook, delivered to every employee and signed by him/her but that demands and requires a well-trained, highly skill labor work force.

A pattern that violates the Anti-Harassment Policy at all levels, beginning with Labor Relations Agents down to ALL DEFENDANTS, making each and every employee responsible for his/her own actions and conduct but that is *pushed aside* as they feel comfortably safe to do at will and nothing will happen to them.

A pattern that violates Federal Laws enacted to protect and/or prohibits employment discrimination based on race, color, religion, sex, or national origin. As prescribed for on Title VII of the Civil Rights Act of 1964.

A pattern that violates federal laws against harassment and/or retaliation- *of any type*- including but are not limited to acts that show hostility in either written or graphic material and deter employers from employment decisions based on stereotypes or assumptions about the abilities, traits, or performances of individuals.

A pattern that violates the very nucleus of The Nuclear Power Construction Labor Agreement as it demands "highly skilled craft labor" further demands equal employments opportunities and non-discrimination.

I believe and hereby assert that Mrs. Diddi; Mr. Wesley; Mr. Jessy; Mr. Norona; Mr. Barnes; Labor Relations; and all defendants; additionally Mr. Paul (Union Steward) and others not known to me, are/or were together in cahoots to illegally and in a discriminatory manner denied me the opportunity.

## *FINAL*

Respondents Actions and inactions, omissions, commissions, attitudes, and behaviors do not comport to adequate judgment nor full commitment, or respect for the Laws, Rules or Regulations enacted for that purpose. They conflict with standards of practice by the rules of governance whereas Respondents/Defendants have pledged to achieve, promote, and enforce observance of members or employee's rights and fundamental benefits.

These actions and inactions are diametrically opposed to the constitutional intention to consolidate or reaffirm a system of personal liberty and social justice based on the respect for the indispensable or the constituent principal of ALL employee's rights.

These different of treatments to which the Respondents/Defendants seem to be willing to harbor, are in fact contradictory to the universal recognition that employee's rights are not to be derived from his/her belonging to certain classes or multitudes but over the essential's variables of the human personalities. Defendants and all of them are blind to/and in complete ignorance of the American peoples` recognition and acknowledgment that the principal aim of governance and society are/is to protect the dignity of individuals to permit everyone to achieve spiritual and material progress and attain happiness.

The Respondents/Defendants are in total and absolute defiance to the universal recognition that the protection of humans, members and employee's rights is the principal guide for an evolving American Society.

Respondents, all of them, failed to see Petitioner as a member *IN GOOD STANDINGS* of a working race and origin and denied Plaintiff of his most sacred and inalienable rights; a) The Right Negotiated by the Collective Bargaining Agreement. b) The Nuclear Power Construction Labor Agreement and c) the Rights afforded to Petitioner by Federal Laws and Acts of Congress. All of them, which expressly and with authority dictate that Mr. Alvarez should be looked at, treated, and determined to be equal in dignity and rights.

### *PRAYER FOR RELIEF*

*HERETOFORE,* Plaintiff on behalf of himself prays for Judgement as follows:

1. Reinstatement of Plaintiff to his job;
2. For lost wages and all other compensation denied to Plaintiff by Defendant's negligence and unlawful actions, in an amount to be proven including interest;
3. For Compensatory Damages in an amount proven at this Court;
4. For Punitive Damages for Plaintiff's emotional pain and suffering of no less than: TWENTY-FIVE MILLION U. S. DOLLARS - (\$ 25,000,000.00 U. S. Dollars) To deter and enjoined Defendants from further harming others;
5. For an award of Cost, Costs and Fees, as allowed by law;
6. For such other and further relief this Honorable Court deems just and proper.

RESPECTFULLY SUBMITTED this _____31st_____ of March 2023

_____
**Luis Omar Alvarez**
Pro Se

///

\\\

\\\



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Savannah Local Office**
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406
(912) 358-2810
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 1/30/2023

**To:** Mr. Luis O. Alvarez
127 Chippewa Drive
Savannah, GA 31406
Charge No: 415-2022-01407

EEOC Representative and email:   C Harris
Investigator
c.harris@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 415-2022-01407.

On behalf of the Commission,

Digitally Signed By:Darrell Graham
1/30/2023
Darrell Graham
District Director



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Savannah Local Office
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406
(912) 358-2810
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 1/30/2023

**To:** Mr. Luis O. Alvarez
127 Chippewa Drive
Savannah, GA 31406
Charge No: 415-2022-01408

EEOC Representative and email:    C Harris
Investigator
c.harris@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 415-2022-01408.

On behalf of the Commission,

Digitally Signed By:Darrell Graham
1/30/2023

Darrell Graham
District Director



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Savannah Local Office
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406
(912) 358-2810
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 1/30/2023

**To:** Mr. Luis O. Alvarez
127 Chippewa Drive Savannah, GA 31406
Charge No: 415-2022-01409

EEOC Representative and email:    C Harris
Investigator
c.harris@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 415-2022-01409.

On behalf of the Commission,

Digitally Signed By:Darrell Graham 1/30/2023
Darrell Graham
District Director



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Savannah Local Office
7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406
(912) 358-2810
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 1/30/2023

**To:** Luis O. Alvarez
127 Chippewa Drive
Savannah, GA 31406
Charge No: 415-2022-01271

EEOC Representative and email:    C Harris
Investigator
c.harris@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 415-2022-01271.

On behalf of the Commission,

Digitally Signed By:Darrell Graham
1/30/2023

Darrell Graham
District Director