IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LUIS OMAR ALVAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BECHTEL CORPORATION; RICHMOND COUNTY CONSTRUCTION; SOUTHERN NUCLEAR OPERATING COMPANY; and WILLIAMS PLANT SERVICES,<br><br>    Defendants. | CIVIL ACTION NO.: 4:23-cv-73 |

**O R D E R**

    Defendant Williams Plant Services has notified the Court that, on July 23, 2023, it filed a Voluntary Petition of Bankruptcy under Chapter 11 in the United States Bankruptcy Court for the District of Delaware.  (Doc. 20; see also doc. 20-1.)  Pursuant to 11 U.S.C. § 362, proceedings before this Court must be stayed until the Bankruptcy Court grants relief from the stay, closes the bankruptcy case, or dismisses the bankruptcy petition.  Accordingly, this case, which was already stayed, (doc. 19), pending the Court's disposition of several motions to dismiss, (docs. 8, 9 & 11), shall remain **STAYED** and the Court will abstain from addressing the pending motions unless or until the automatic stay pursuant to 11 U.S.C. § 362 is no longer in effect.  To that end, Plaintiff

shall immediately notify the Court should the Bankruptcy Court grant relief from the stay, close the case, or dismiss Defendant's petition.

**SO ORDERED**, this 31st day of July, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA