# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| LUIS OMAR ALVAREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-073 |
| | ) | |
| BECHTEL CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

*Pro se* plaintiff Luis Omar Alvarez has moved for a stay of all proceedings in this case "indefinitely" to accommodate his recovery from a serious traumatic injury. *See generally* doc. 62. He has submitted a letter from his treating physician that he was likely to be hospitalized until at least December 13, 2024. *Id.* at 4. His request was unable to provide a specific timeline for his recovery, but the lowest estimate he provided was three months. *See id.* at 2. Defendants have not responded to the Motion and are, therefore, deemed to consent. *See* S.D. Ga. LR 7.5. The Court cannot grant an "indefinite" stay, but will grant a more limited stay, with the understanding that Alvarez may move to extend the stay, if necessary.

Accordingly, Alvarez's Motion is **GRANTED, in part**, and **DENIED, in part**. Doc. 62. This case is **STAYED** until April 4, 2025. Alvarez is **DIRECTED** to file a status report by no later than April 4, 2025, and update the Court on his condition and prognosis. Depending on his condition at that time, Alvarez is free to request an extension of the stay. However, he is advised that any such request should include proposals for periodic status reports to the Court.

**SO ORDERED**, this 3rd day of January, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA