IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LUIS OMAR ALVAREZ,<br><br>    Plaintiff,<br><br>v.<br><br>BECHTEL CORPORATION, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:23-cv-73 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's February 21, 2025, Report and Recommendation, (doc. 65), to which plaintiff has not filed an objection.  Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion.  (Doc. 65); see also Fed. R. Civ. P. 41(a)(2).  Plaintiff's Amended Complaint is **DISMISSED**.  (Doc. 52.)   All pending motions are, therefore, **DISMISSED** as moot.  (Docs. 54, 55 & 58.)   The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 28th day of March, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA